IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

MELISSA ANN MULKEY
JERRY LEE MULKEY

CASE NO. 08-35440-S

JUDGE RICHARD L. SPEER

William L. Swope, Trustee
221 South Main Street
Findlay, Ohio 45840
(419) 422-0288
Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Marion Regional Imaging, LC<br>P.O. Box 1838<br>Marion, OH 43301-1838 | $ 3.52 |
| Marion Ancillary Services, LLC<br>P.O. Box 1827<br>Marion, OH 43301-1827 | $ 4.56 |
| Bucyrus Emergency Physicians<br>P.O. Box 634034<br>Cincinnati, OH 45263-4034 | $ 2.07 |
| | $ 10.15 |

A check for $10.15 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: December 23, 2010

William L. Swope
Trustee